**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARILYN BULLOCK, | § § | |
| *Plaintiff,* | § § | |
| | § | CIVIL ACTION No. 1:10CV344 |
| v. | § § | |
| CAVALRY PORTFOLIO SERVICES, LLC, | § § | JUDGE RON CLARK |
| *Defendant.* | § § § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff's notice of dismissal with prejudice pursuant to settlement [Doc. #6]. Federal Rule of Civil Procedure 41(a)(1)(A)(I) provides that a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(I). Defendant has not served an answer or a summary judgment motion. Therefore, the court is of the opinion that this case should be dismissed.

Accordingly, it is **ORDERED** that all claims by Plaintiff Marilyn Bullock against Defendant Cavalry Portfolio Services, LLC are **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **1** day of **September, 2010.**

_____
Ron Clark, United States District Judge